THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CV-248-FL

| | |
|---|---|
| XAVIER EARQUART, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) ORDER |
| MOLLY WHITLATCH; JOSEPH KALO, IV; DAVID BARBER; TRACI D. FIDLER; GLENDA TEER; PAM THOMAS; and BECKY WILLIAMS, | )<br>)<br>)<br>) |
| Defendants. | ) |

This matter comes now before the court upon motion of defendant Traci D. Fidler ("Fidler") to seal certain documents attached by plaintiff as exhibits to his complaint (Doc. ## 1-6, labeled as Exh. # 5). Good cause having been shown, the clerk is directed to seal Exhibit 5 in its entirety. Defendant Fidler also moves for sanctions in the form of attorneys' fees incurred in the making of the instant motion, asserting bad faith by plaintiff motivated plaintiff's disclosure of sensitive information in violation of established procedures. In this part, the motion is denied without prejudice. As the case proceeds, should defendant deem warranted, defendant Fidler may file a renewed motion in the context of case events then ongoing.

SO ORDERED, this the 2nd day of June, 2014.

_____
LOUISE W. FLANAGAN
United States District Court Judge