UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| XAVIER EARQUHART, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> MOLLY WHITLATCH; JOSEPH KALO, ) <br> IV; DAVID BARBER; TRACI D. FIDLER; ) <br> GLENDA TEER; PAM THOMAS; and ) <br> BECK WILLIAMS, ) <br> ) <br> Defendants. ) | **JUDGMENT** <br><br> No. 5:14-CV-248-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motions to dismiss all claims against them for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted, under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 3, 2015, and for the reasons set forth more specifically therein, that defendants' motions to dismiss are granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on March 5, 2015, and Copies To:**

Frederick K. Sharpless (via CM/ECF Notice of Electronic Filing)
Grady L. Balentine, Jr. (via CM/ECF Notice of Electronic Filing)
Molly Anne Whitlatch (via CM/ECF Notice of Electronic Filing)
Xavier Earquhart (via U.S. Mail) PO Box 1090, Zebulon, NC 27597

| | |
|---|---|
| March 5, 2015 | JULIE RICHARDS JOHNSTON, CLERK <br> /s/ Christa N. Baker <br> (By) Christa N. Baker, Deputy Clerk |